**No. P66/277.**—Hudson Shipping Co., Inc. *v.* United States, protest 61/823 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of automobile heaters similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (52 CCPA 11, C.A.D. 849), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 20, 1966

**No. P66/278.**—United Basket Co. *v.* United States, protest 62/17192 (New York).
**No. P66/279.**—United Basket Co. *v.* United States, protests 63/14746, etc. (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rush bags or baskets the same in all material respects as those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.

**No. P66/280.**—Weather-Rite Sportswear, Inc. *v.* United States, protest 60/17029 (Los Angeles).
**No. P66/281.**—Frank P. Dow Co., Inc., and Weather-Rite Sportswear et al. *v.* United States, protests 60/26776, etc. (Portland, Oreg.).
**No. P66/282.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 63/10942, etc. (Los Angeles).
**No. P66/283.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 64/16997, etc. (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.